B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Funky Monkey Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-1193558** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**912 North Mills Ave**<br>**Orlando, FL**<br>ZIP Code **32803-3230** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **FL** | |

**Type of Debtor**
(Form of Organization) (Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)(04/13)
Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Funky Monkey Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                   Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Funky Monkey Inc.**

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Bradley M. Saxton**
Signature of Attorney for Debtor(s)

**Bradley M. Saxton 0855995**
Printed Name of Attorney for Debtor(s)

**Winderweedle Haines Ward & Woodman PA**
Firm Name
**PO Box 1391**
**Orlando, FL 32801-1391**

_____
Address

**Email: bsaxton@whww.com**
**407-423-4246 Fax: 407-423-7014**
Telephone Number

**December 22, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Edward L. Nickell**
Signature of Authorized Individual

**Edward L. Nickell**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 22, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re      **Funky Monkey Inc.**                                                , Case No. _____
                                                              Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

| 1. | DBA | **Bananas Diner** |
|----|-----|-------------------|
| 2. | FDBA | **Funky Monkey Vaul** |
| 3. | DBA | **Nick's Italian Kitchen** |
| 4. | FDBA | **Prickly Pear** |
| 5. | FDBA | **Mills Brewpub** |
| 6. | DBA | **FMI Restaurant Group** |
| 7. | DBA | **Divas Dinner Theatre** |
| 8. | DBA | **Funky Monkey Wine Company** |
| 9. | DBA | **Funky Monkey Bistro & Bar** |
| 10. | FDBA | **Funky Monkey Vault** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Funky Monkey Inc.**                Case No. _____

                              Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arvon Funding LLC Gordon Food Service PO Box 172727 Tampa, FL 33672-0727 | Arvon Funding LLC Gordon Food Service PO Box 172727 Tampa, FL 33672-0727 | food | | 17,000.00 |
| ASCAP 21678 Network Pl Chicago, IL 60673-1216 | ASCAP 21678 Network Pl Chicago, IL 60673-1216 | music license / Pointe | Disputed | 5,200.71 |
| Averett Warmus Durkee Osburn 1417 E Concord Street Orlando, FL 32803 | Averett Warmus Durkee Osburn 1417 E Concord Street Orlando, FL 32803 | accounting services | | 5,360.00 |
| FHM Insurance Company PO Box 616648 Orlando, FL 32861-6648 | FHM Insurance Company PO Box 616648 Orlando, FL 32861-6648 | insurance | Disputed | 34,553.00 |
| Florida Departement of Rev 5050 W. Tennessee Street Tallahassee, FL 32399-0100 | Florida Departement of Rev 5050 W. Tennessee Street Tallahassee, FL 32399-0100 | sales and use tax / Idrive | | 36,700.00 |
| Florida Department of Rev 5050 W. Tennessee St Tallahassee, FL 32399-0100 | Florida Department of Rev 5050 W. Tennessee St Tallahassee, FL 32399-0100 | sales & use tax / Mills | | 4,700.00 |
| Florida Department of Rev 5050 W. Tennessee St Tallahassee, FL 32399-0100 | Florida Department of Rev 5050 W. Tennessee St Tallahassee, FL 32399-0100 | sales and use tax / Bananas | | 7,800.00 |
| GBR Funding 665 Molly Lane Suite 130 Woodstock, GA 30189 | GBR Funding 665 Molly Lane Suite 130 Woodstock, GA 30189 | Mills / funds advanced | | 7,500.00 |
| GBR Funding 665 Molly Lane Suite 130 Woodstock, GA 30189 | GBR Funding 665 Molly Lane Suite 130 Woodstock, GA 30189 | I-Drive / funds advanced | | 70,000.00 |
| Internal Revenue Service Philadelphia, PA 19255-0430 | Internal Revenue Service Philadelphia, PA 19255-0430 | taxes | Disputed | 300,000.00 |
| Lowndes Drosdick Doster Kantor and Reed PA PO Box 2809 Orlando, FL 32802-2809 | Lowndes Drosdick Doster Kantor and Reed PA PO Box 2809 Orlando, FL 32802-2809 | 0145167-150497 and 0415167-162705 | | 5,306.18 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Funky Monkey Inc.**                                                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Nexeo Solutions**<br>**3 Waterway Square Pl**<br>**Woodlands, TX 77380** | **Nexeo Solutions**<br>**3 Waterway Square Pl**<br>**Woodlands, TX 77380** | **deposit** | | **9,562.50** |
| **Ocean Fresh**<br>**3332 Hadleigh Crest**<br>**Orlando, FL 32817** | **Ocean Fresh**<br>**3332 Hadleigh Crest**<br>**Orlando, FL 32817** | **food** | | **18,711.34** |
| **OUC**<br>**PO Box 31329**<br>**Tampa, FL 33631-3329** | **OUC**<br>**PO Box 31329**<br>**Tampa, FL 33631-3329** | **electric -**<br>**Mills/Bananas** | | **6,030.46** |
| **Pointe Orlando Development**<br>**c/o New Plan Excel Realty**<br>**420 Lexington Ave**<br>**7th Floor**<br>**New York, NY 10170** | **Pointe Orlando Development**<br>**c/o New Plan Excel Realty**<br>**420 Lexington Ave**<br>**New York, NY 10170** | **lease payments** | | **105,622.80** |
| **Republic National**<br>**4901 Savarese Cr N**<br>**Tampa, FL 33634** | **Republic National**<br>**4901 Savarese Cr N**<br>**Tampa, FL 33634** | **alcohol / Idrive** | | **9,066.28** |
| **Republic National**<br>**4901 Savarese Cr N**<br>**Tampa, FL 33634** | **Republic National**<br>**4901 Savarese Cr N**<br>**Tampa, FL 33634** | **alcohol / Bananas** | | **4,898.05** |
| **Sysco**<br>**200 W Story Road**<br>**Ocoee, FL 34761** | **Sysco**<br>**200 W Story Road**<br>**Ocoee, FL 34761** | **food / equipment** | **Disputed** | **51,015.91** |
| **The Orlando Center Inc.**<br>**946 N Mills Ave**<br>**Orlando, FL 32803** | **The Orlando Center Inc.**<br>**946 N Mills Ave**<br>**Orlando, FL 32803** | **leased property**<br>**locaed at 942 N.**<br>**Mills Avenue**<br>**Orlando, FL** | | **10,000.00** |
| **Waste Management**<br>**2625 W Grandview Road**<br>**Suite 150**<br>**Phoenix, AZ 85023** | **Waste Management**<br>**2625 W Grandview Road**<br>**Suite 150**<br>**Phoenix, AZ 85023** | **trash** | | **14,997.01** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **December 22, 2014**                          Signature    **/s/ Edward L. Nickell**
                                                                      **Edward L. Nickell**
                                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Funky Monkey Inc.**                                                  Case No.
                                                            Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 22, 2014**               **/s/ Edward L. Nickell**

                                            **Edward L. Nickell**/President
                                            Signer/Title

Funky Monkey Inc.
912 North Mills Ave
Orlando FL 32803-3230

Arzola Air Conditioning Svc
624 Bohannon Blvd
Orlando FL 32824

Centro NP LLC REIT 19
24043 Network Pl
Chicago IL 60673-1240

Bradley M. Saxton
Winerweedle Haines Ward & Woodman PA
PO Box 1391
Orlando, FL 32801-1391

ASCAP
21678 Network Pl
Chicago IL 60673-1216

Corporation Service Company
as Representative
PO Box 2576
Springfield IL 62708

Abacus
955 Keller Road
Suite 1500
Altamonte Springs FL 32714

Averett Warmus Durkee Osburn
1417 E Concord Street
Orlando FL 32803

Cusano's Bakery
2798 SW 32nd Ave
Pembroke Pines FL 33023

Ace Cash Express
4490 S. Semoran Blvd.
Orlando FL 32822

BMI
PO Box 630893
Cincinnati OH 45263-0893

Dodge's Store
447 E Main Street
Tupelo MS 38804

ADT Security
PO Box 371878
Pittsburgh PA 15250-7878

Bright House
PO Box 30574
Tampa FL 33630-3574

Duke Energy
PO Box 1004
Charlotte NC 28201

American Express
200 Vessy Street
New York NY 10080

Brixmore Properties
Shumaker Law
101 E Kennedy Blvd
Suite 2800
Tampa FL 33602

Ecolab
PO Box 905327
Charlotte NC 28290-5327

Amerigas
PO Box 660288
Dallas TX 75266-0288

Carbon's Golden Malted
PO Box 129
Concordville PA 19331

Edward Nickell
919 Weber Street
Orlando FL 32803

Amscot Corporation
PO Box 25137
Tampa FL 33622-5137

Cartera Commerce
One Cranberry Hill
Boston MA 02421

Empress Sissi
PO Box 471485
Lake Monroe FL 32747-1485

Arvon Funding LLC
Gordon Food Service
PO Box 172727
Tampa FL 33672-0727

Central Parking
PO Box 790402
Saint Louis MO 63179-0402

FHM Insurance Company
PO Box 616648
Orlando FL 32861-6648

Flat Iron Capital
PO Box 712195
Denver CO 80271-2195

Infinity Capital Funding LLC
18375 Ventura Bvld #440
Tarzana CA 91356

Nick's Italian
919 Weber Street
Orlando FL 32803

Florida Department of Rev
5050 W. Tennessee St
Tallahassee FL 32399-0100

Internal Revenue Service
Philadelphia PA 19255-0430

Ocean Fresh
3332 Hadleigh Crest
Orlando FL 32817

Florida Restaurant
PO Box 1779
Tallahassee FL 32302-1779

IPFS Corporation
PO Box 30190
Tampa FL 33630-3190

Opentable
PO Box 671198
Dallas TX 75267-1198

Florida's Finest Linen
1920 Cypress Lake Drive
Orlando FL 32837

Lowndes Drosdick Doster
Kantor and Reed PA
PO Box 2809
Orlando FL 32802-2809

Orange Appeal
1111 Charming Street
Maitland FL 32751

Frank Gay Plumbing
6206 Forrest City Road
Orlando FL 32810

Lux Marketing
4700 Millenia Blvd 175
Orlando FL 32839

Orkin Inc
1601 N Kelley Ave
Kissimmee FL 34744-3497

GBR Funding
665 Molly Lane
Suite 130
Woodstock GA 30189

Mills Prop Investment
1103 E. Robinson Street
Orlando FL 32801

OUC
PO Box 31329
Tampa FL 33631-3329

GFS Florida, LLC
PO Box 2244
Grand Rapids MI 49501

My Property Holdings, LLC
c/o John P. Wilkes PA
901 S Federal Hwy
Suite 101A
Fort Lauderdale FL 33316

Pitney Bowes
PO Box 371896
Pittsburgh PA 15250-7896

Global Communications
PO Box 720279
Orlando FL 32872

Nexeo Solutions
3 Waterway Square Pl
Woodlands TX 77380

Pointe Orlando Development
c/o New Plan Excel Realty
420 Lexington Ave
 7th Floor
New York NY 10170

Infinite Energy
PO Box 105247
Atlanta GA 30348-5247

Nicholas D. Olivieri
919 Weber Street
Orlando FL 32803

Premier Beverage
502 Sunport Lane 100
Orlando FL 32809

Republic National
4901 Savarese Cr N
Tampa FL 33634

The Orlando Center Inc.
946 N Mills Ave
Orlando FL 32803

RJ Henderson Corp
Bungalow 23
127 W Fairbanks Ave 421
Winter Park FL 32789

True World Foods
5129 Forsyth Commerce Road
Orlando FL 32807

SESAC
55 Music Square E
Nashville TN 37203

US Bank
PO Box 790448
Saint Louis MO 63179-0448

Shumaker Law
101 E Kennedy Blvd
Suite 2800
Tampa FL 33602

Waste Management
2625 W Grandview Road
Suite 150
Phoenix AZ 85023

Stellar Sign & Design
331 Oleander Way
Suite 1001
Casselberry FL 32707

Watermark Media Inc
414 N. Ferncreek Ave
Orlando FL 32803

Suburban Cylinder
PO Box 206
Whippany NJ 07981-0206

Windstream
PO Box 9001950
Louisville KY 40290-1950

Sunflower Investment Group
910 N Mills Ave
Orlando FL 32803

Zenith
4415 Collections Center Dr
Chicago IL 60693

Sysco
200 W Story Road
Ocoee FL 34761

Teco Peoples Gas
PO Box 31017
Tampa FL 33631-3017

# United States Bankruptcy Court
## Middle District of Florida

In re    **Funky Monkey Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Funky Monkey Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 22, 2014**

Date

**/s/ Bradley M. Saxton**

**Bradley M. Saxton 0855995**

Signature of Attorney or Litigant

Counsel for   **Funky Monkey Inc.**

**Winderweedle Haines Ward & Woodman PA**

**PO Box 1391**
**Orlando, FL 32801-1391**
**407-423-4246 Fax:407-423-7014**
**bsaxton@whww.com**