UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:14-bk-13728-CCJ<br>Chapter 11 |
| FUNKY MONKEY, INC., | **EMERGENCY RELIEF REQUESTED** |
| Debtor.                            / | **HEARING REQUESTED NO LATER THAN MONDAY, DECEMBER 29, 2014** |

**DEBTOR'S MOTION FOR AUTHORITY TO USE
CASH COLLATERAL AND REQUEST FOR
EMERGENCY PRELIMINARY HEARING**

**AND**

**CERTIFICATE OF NECESSITY OF
REQUEST FOR EMERGENCY PRELIMINARY HEARING**

FUNKY MONKEY, INC. ("Debtor"), as the debtor and debtor-in-possession, through counsel, and pursuant to 11 U.S.C. §§ 363 and Federal Rules of Bankruptcy Procedure 4001 (b)(2) and 4001(c), hereby files this *Motion for Authority to Use Cash Collateral* ("Motion") and requests an emergency preliminary hearing and in support thereof states:

**Background**

1.  On December 22, 2014 ("Petition Date"), Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code; no trustee or creditors' committee has been appointed.

2.  This Court has jurisdiction under 28 U.S.C. § 1334 and 11 U.S.C. § 363.

3.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(M) and is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

4.  The Debtor continues in possession of its assets and bankruptcy estate and is

operating and managing its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

5. Debtor is a Florida corporation established in 2007 and operates three iconic restaurant locations in Downtown Orlando and at Pointe Orlando on International Drive known as The Funky Monkey Wine Company's Nick's Italian Kitchen, The Funky Monkey Bistro & Bar, and Divas Dinner Theatre, previously known as Bananas: A Modern American Diner.

6. The business operates with the cash and credit card receivables earned from the services its provides at its various locations, plus occasional special events.

7. The cash collateral the Debtor seeks to use is comprised of cash on hand and funds received from patrons during normal operations that may be encumbered by a lien or liens (the "Cash Collateral").

8. A records search of the Florida UCC Registry reveals the following UCC-1s filed by entities potentially claiming a security interest in Cash Collateral:

| Date Filed | Secured Party | Collateral |
|---|---|---|
| 9/13/10 | GBR Funding, Inc. | All Assets |
| 7/13/11 | GBR Funding, Inc. | All Assets |
| 7/5/12 | American Express | All Assets |
| 11/9/12 | GFS Florida, LLC | All Assets |
| 1/22/13 | Corporation Service Company, as Representative | All Assets |

The entities listed above are referred to as the "Creditors." The UCC-1 filings listed above are attached as **Composite Exhibit "A."**

9. With the exception of GFS Florida, LLC, as addressed below, the Debtor denies the existence of any debt obligation that is secured by the alleged security interests listed above. The

Debtor believes that its debt obligations to the secured parties listed above and allegedly secured by the UCC-1 filings have been satisfied well in advance of the Petition Date. Accordingly, without any debt obligation remaining, the UCC-1s should have been terminated and are otherwise ineffectual.

10. As for GFS Florida, LLC, it acquired a judgment against the Debtor for amounts owed to it. Upon information and belief, the judgment did not include GFS's alleged security interest and it is unclear whether the liquidated judgment amount is secured by the UCC-1 filed by GFS.

11. Out of an abundance of caution, however, and to afford the Creditors listed above an opportunity to be heard on the matter of the existence of their liens, the Debtor moves for authorization to use Cash Collateral.

12. As of the Petition Date, the Debtor estimates the value of its Cash Collateral, consisting of cash on hand, bank accounts, and some credit card receivables, to be approximately $7,132.

### Relief Requested

13. The Debtor will require the use of approximately $164,913.42 of Cash Collateral to continue to maintain operations for the next four weeks, and depending on the month, a greater or lesser amount will be required each comparable period thereafter.

14. A budget showing estimated income and expenses for the Debtor for the next three months is attached hereto as **Exhibit "B"** and is incorporated herein by reference.

15. As adequate protection for use of Cash Collateral, the Debtor proposes to grant the Creditors, to the extent they are even secured, replacement liens to the extent of any diminution in value, with such liens to have the same validity, extent, and priority as their respective pre-petition liens. Debtor anticipates operating on a positive cash flow basis during such time and asserts all

interest in Cash Collateral are adequately protected by replacement liens.

16. If the Debtor is not permitted to use Cash Collateral, it may be forced to halt operations, which will result in loss of the going concern value of the business, a reduction in the value of the estate's assets, and a greatly reduced possibility of an effective reorganization in this case. The Debtor's use of Cash Collateral is thus in the best interest of all creditors.

17. Filed concurrently with this Motion are the Debtor's related Emergency Motion to Pay Pre-Petition Wages and Motion to Pay Officers' Salaries.

## CERTIFICATE OF NECESSITY OF
## REQUEST FOR EMERGENCY PRELIMINARY HEARING

18. I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis: Debtor's Motion for Authority to Use Cash Collateral and Request for Emergency Preliminary Hearing.

19. I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because operation of the Debtor's business requires the incurring of expenses on a weekly basis. The Debtor requests a hearing by Monday, December 29, 2014, for the following reason: The Debtor will be without funds to operate and meet expenses if an emergency preliminary hearing is not granted by December 29, 2014, if not sooner. Vendors, employees, and other creditors

have been at risk since the Petition Date and will continue to be at risk until a determination by this Court of the right to use Cash Collateral.

20. The Debtor, through counsel, is attempting to contact the Creditors to determine the extent of their liens, if any, and to discuss the use of Cash Collateral.

21. The Debtor estimates that approximately 15 minutes will be necessary for a hearing on this Motion and that a similar amount of time may be required for a final hearing.

22. A copy of this Motion was served on the Creditors, the twenty (20) largest unsecured creditors and the U.S. Trustee. Notice of hearing on this matter will be provided to the same entities.

23. The Debtor and counsel are prepared to appear on two hours' notice at a hearing to demonstrate that the request for an emergency hearing is not the result of the Debtor's or counsel's procrastination or lack of attention.

24. I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of Fed. R. Bankr. P. 9011 and the consequences of noncompliance with same.

/

/

/

/

/

/

*[concludes on following page]*

WHEREFORE, the Debtor respectfully requests this Court: (i) set an emergency hearing to consider the relief requested herein by December 29, 2014; (ii) grant the Debtor permission to use Cash Collateral on an initial four week basis; and (iii) grant such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2014, a true copy of the foregoing has been sent via:

*CM/ECF to:*

US Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL 32801

*US Mail to:*

Funky Monkey Inc., 912 North Mills Ave., Orlando, FL 32803-3230
GBR Funding, Inc, 665 Molly Lane Suite 130, Woodstock, GA 30189
American Express, 200 Vessy Street, New York, NY 10080
GFS Florida, LLC, PO Box 2244, Grand Rapids, MI 49501
Corporation Service Company, as Representative, P.O. Box 2576, Springfield, IL 62708
    (uccsprep@cscinfo.com)
Twenty (20) largest unsecured creditors listed on the Matrix attached hereto

/s/ C. Andrew Roy
C. ANDREW ROY
Florida Bar No. 91629
email: aroy@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
390 North Orange Avenue, Suite 1500
Post Office Box 1391
Orlando, Florida 32802-1391
Attorneys for Debtor
Telephone: (407) 423-4246
Fax: (407) 423-7014




EXHIBIT A

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)
23513 GBR FUNDING IN

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

25238414

FLFL

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2010 Sep 13 10:19 AM
****** 201003191817 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Funky Monkey, Inc.
1c. MAILING ADDRESS: 912 N Mills Ave | CITY: Orlando | STATE: FL | POSTAL CODE: 32803 | COUNTRY: USA
1e. TYPE OF ORGANIZATION: CORPORATION | 1f. JURISDICTION OF ORGANIZATION: FL | 1g. ORGANIZATIONAL ID #: P07000101590

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

2a. ORGANIZATION'S NAME: Funky Monkey Wine Company
2c. MAILING ADDRESS: 912 N Mills Ave | CITY: Orlando | STATE: FL | POSTAL CODE: 32803 | COUNTRY: USA
2e. TYPE OF ORGANIZATION: TRADE NAME | 2f. JURISDICTION OF ORGANIZATION: FL | 2g. ORGANIZATIONAL ID #: G07292900074

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: GBR Funding, Inc.
3c. MAILING ADDRESS: 665 Molly Lane Ste. 130 | CITY: Woodstock | STATE: GA | POSTAL CODE: 30189 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

[X] Florida documentary stamp tax is not required

8. OPTIONAL FILER REFERENCE DATA
25238414                                              GBR 1352480

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)
Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282   Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)
23513 GBR FUNDING IN
CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
29009263
FLFL

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2011 Jul 13 10:29 AM
****** 201104945701 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Funky Monkey, Inc.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9101 International Dr | Orlando | FL | 32819 | USA |

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: CORPORATION | 1f. JURISDICTION OF ORGANIZATION: FL | 1g. ORGANIZATIONAL ID #, if any: P07000101590 | NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b)

2a. ORGANIZATION'S NAME: Funky Monkey Wine Company

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9101 International Dr | Orlando | FL | 32819 | USA |

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: TRADE NAME | 2f. JURISDICTION OF ORGANIZATION: FL | 2g. ORGANIZATIONAL ID #, if any: G07292900074 | NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: GBR Funding, Inc.

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 665 Molly Lane Ste. 130 | Woodstock | GA | 30189 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER  IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22.F.S. have been paid
☒ Florida documentary stamp tax is not required

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
29009263                                              GBR 1365472

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

| STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM | FLORIDA SECURED TRANSACTION REGISTRY |
|---|---|
| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON<br>MARLA FREAR (866) 451-5056 | **FILED**<br>2012 Nov 09 08:00 AM |
| B. SEND ACKNOWLEDGEMENT TO:<br>Name GORDON FOOD SERVICE, INC.<br>Address ATTN: MARLA FREAR 12004<br>Address PO BOX 2244<br>City/State/Zip GRAND RAPIDS, MI 49501 | ****** 201207853850 ****** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FUNKY MONKEY, INC. | | | | |
| 1.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1.c MAILING ADDRESS Line One<br>942 NORTH MILLS AVE | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY ORLANDO | STATE FL | POSTAL CODE 32803-3230 | COUNTRY USA |
| 1.d TAX ID# 261193558 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1.e TYPE OF ORGANIZATION CORPORATION | 1.f JURISDICTION OF ORGANIZATION Florida | 1.g ORGANIZATIONAL ID# P07000101590 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| 2.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2.e TYPE OF ORGANIZATION | 2.f JURISDICTION OF ORGANIZATION | 2.g ORGANIZATIONAL ID# ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GFS Florida, LLC | | | | |
| 3.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3.c MAILING ADDRESS Line One<br>PO BOX 2244 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY GRAND RAPIDS | STATE MI | POSTAL CODE 49501 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets, without limitation, including all goods, equipment, inventory, vehicles, fixtures, work in process, accounts receivable, instruments, chattel paper, causes of action, general intangibles, including any liquor license(s), and all proceeds thereof.

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA** 100071728, -71729, -71730, -71731,-71733 - 48

STANDARD FORM - FORM UCC-1 (REV.01/2009)   Filing Office Copy   Approved by the Secretary of State, State of Florida

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

23995 AMERICAN EXPRE

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

33856374

FLFL

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2012 Jul 05 09:27 AM

****** 201207075459 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FUNKY MONKEY, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 9101 INTERNATIONAL DR #1208 | CITY ORLANDO | STATE FL | POSTAL CODE 32818 | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION FL | 1g. ORGANIZATIONAL ID #, if any  [X] NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  [ ] NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S /P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AMERICAN EXPRESS | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 200 Vessy Street | CITY New York | STATE NY | POSTAL CODE 10080 | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:

All assets of the Debtor, whether now owned or hereafter acquired or arising

[ ] All documentary stamps due and payable or to become due and payable pursuant to s . 201.22,F.S. have been paid    [X] Florida documentary stamp tax is not required

5. ALTERNATIVE DESIGNATION (if applicable) [ ] LESSEE/LESSOR  [ ] CONSIGNEE/CONSIGNOR  [ ] BAILEE/BAILOR  [ ] SELLER/BUYER  [ ] AG. LIEN  [ ] NON-UCC FILING

6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA
33856374    Amex Risk User    1091382838

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| Corporation Service Company   1-800-858-5294 |

| B. SEND ACKNOWLEDGEMENT TO: | |
|---|---|
| Name | 72904390 - 377320 |
| Address | Corporation Service Company |
| | 801 Adlai Stevenson Drive |
| Address | Springfield, IL 62703 |
| City/State/Zip | |

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2013 Jan 22 04:13 PM

****** 201308294776 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

| 1a. ORGANIZATION'S NAME  Funky Monkey, Inc. | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS  942 N Mills Avenue | CITY  Orlando | STATE  FL | POSTAL CODE  32803 | COUNTRY  USA |
| 1d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION  Corp. | 1f. JURISDICTION OF ORGANIZATION  FL | 1g. ORGANIZATIONAL ID#  P07000101590  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME  Bananas Diner | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS  924 N Mills Avenue | CITY  Orlando | STATE  FL | POSTAL CODE  32803 | COUNTRY  USA |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION  Trade Name | 2f. JURISDICTION OF ORGANIZATION  FL | 2g. ORGANIZATIONAL ID#  ☒ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)– INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME  Corporation Service Company, as Representative | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS  PO Box 2576 uccsprep@cscinfo.com | CITY  Springfield | STATE  IL | POSTAL CODE  62708 | COUNTRY  USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER

IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.12/2001)       Filing Office Copy       Approved by the Secretary of State, State of Florida

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT
9a. ORGANIZATION'S NAME: Funky Monkey, Inc.

OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names
11a. ORGANIZATION'S NAME: Funky Monkey Wine Co

OR
11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS: 912 N Mills Avenue | CITY: Orlando | STATE: FL | POSTAL CODE: 32803 | COUNTRY: USA

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: Trade Name | 11f. JURISDICTION OF ORGANIZATION: FL | 11g. ORGANIZATIONAL ID #, if any: ☒ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)
12a. ORGANIZATION'S NAME

OR
12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.
14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate
18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: Funky Monkey, Inc.

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: Funky Monkey Vault

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS: 942 N Mills Avenue | CITY: Orlando | STATE: FL | POSTAL CODE: 32803 | COUNTRY: USA

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: Trade Name | 11f. JURISDICTION OF ORGANIZATION: FL | 11g. ORGANIZATIONAL ID #, if any: ☒ NONE

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: Funky Monkey, Inc.

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: Nick's Italian Kitchen

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS: 100 S Eola Drive, Suite 104 | CITY: Orlando | STATE: FL | POSTAL CODE: 32801 | COUNTRY: USA

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: Trade Name | 11f. JURISDICTION OF ORGANIZATION: FL | 11g. ORGANIZATIONAL ID #, if any: ☒ NONE

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: Funky Monkey, Inc.

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: Prickly Pear

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS: 100 S Eola Drive, Suite 105 | CITY: Orlando | STATE: FL | POSTAL CODE: 32801 | COUNTRY: USA

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: Trade Name | 11f. JURISDICTION OF ORGANIZATION: FL | 11g. ORGANIZATIONAL ID #, if any: ☒ NONE

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

**EXHIBIT B**

| UNIT # : FMI RESTAURANT GROUP ALL LOCATIONS 2015 | Jan. $ | Feb $ | Mar $ |
|---|---|---|---|
| **SALES** | | | |
| Food | $ 115,000.00 | $ 137,050.00 | $ 131,175.00 |
| Beer | $ 4,700.00 | $ 5,010.00 | $ 4,785.00 |
| Liquor | $ 24,300.00 | $ 30,780.00 | $ 29,700.00 |
| Wine | $ 45,750.00 | $ 59,710.00 | $ 57,090.00 |
| **TOTAL SALES** | $ 183,000.00 | $ 224,000.00 | $ 214,600.00 |
| **COST OF SALES** | | | |
| Food | $ 26,560.00 | $ 30,938.50 | $ 29,678.75 |
| Beer | $ 940.00 | $ 1,002.00 | $ 957.00 |
| Liquor | $ 4,374.00 | $ 5,540.40 | $ 5,346.00 |
| Wine | $ 11,437.50 | $ 14,927.50 | $ 14,272.50 |
| **TOTAL COST OF SALES** | $ 43,311.50 | $ 52,408.40 | $ 50,254.25 |
|  | $ - | $ - | $ - |
| **GROSS PROFIT** | $ 139,688.50 | $ 171,591.60 | $ 164,245.75 |
| **LABOR** | | | |
| Employee | $ 44,630.00 | $ 54,800.00 | $ 52,325.00 |
| Management | $ 7,230.00 | $ 9,080.00 | $ 8,745.00 |
| Payroll taxes | $ 3,557.60 | $ 4,382.17 | $ 4,189.40 |
| Workers Compensation Premium | $ 622.32 | $ 677.24 | $ 650.69 |
| **TOTAL LABOR** | $ 56,039.92 | $ 68,939.41 | $ 65,910.10 |
| **CONTROLLABLE EXPENSES** | | | |
| Operating Supplies/ Paper/ Cleaning | $ 250.00 | $ 225.00 | $ 250.00 |
| Small Wares | $ 275.00 | $ 225.00 | $ 250.00 |
| Office Supplies | $ 195.00 | $ 200.00 | $ 200.00 |
| Linens | $ 1,250.00 | $ 1,200.00 | $ 1,200.00 |
| Public Relations | $ 600.00 | $ 600.00 | $ 600.00 |
| Advertising/OpenTable | $ 2,030.00 | $ 2,050.00 | $ 2,075.00 |
| Entertainment | $ 9,800.00 | $ 9,800.00 | $ 9,800.00 |
| Repairs & Maintenance | $ 340.00 | $ 300.00 | $ 250.00 |
| Utilities | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Telephone | $ 440.00 | $ 520.00 | $ 520.00 |
| Credit Card Discount | $ 5,307.00 | $ 6,496.00 | $ 6,220.50 |
| Cash +/- | $ - | $ - | $ - |
| Bank Charges/ Fees | $ - | $ - | $ - |
| POS Fees | $ 150.00 | $ 150.00 | $ 150.00 |
| Facilities Maintenance | $ 250.00 | $ 250.00 | $ 250.00 |
| Licenses and Permits | $ 450.00 | $ 450.00 | $ 400.00 |
| Misc | $ 150.00 | $ 250.00 | $ - |
| **TOTAL CONTROLLABLE EXPENSES** | $ 26,487.00 | $ 27,716.00 | $ 27,165.50 |
| | | | |
| **TOTAL CONTROLLABLE INCOME** | $ 57,161.58 | $ 74,936.19 | $ 71,170.16 |
| Rent/ CAM Expense | $ 24,900.00 | $ 24,800.00 | $ 24,800.00 |
| Insurance | $ 4,000.00 | $ 4,453.33 | $ 3,906.66 |
| **RESTAURANT LEVEL EARNINGS** | $ 28,261.58 | $ 45,682.86 | $ 42,463.50 |
| Taxes | $ 11,895.00 | $ 14,560.00 | $ 13,942.50 |
| Owner/Operator Expense | $ 6,100.00 | $ 6,100.00 | $ 6,100.00 |
| Management Fees | $ 4,075.00 | $ 5,025.00 | $ 4,937.50 |
| **NET EARNINGS** | $ 18,086.58 | $ 34,557.86 | $ 31,426.00 |

| UNIT # : POINTE ORLANDO 2015 | Jan. $ | Feb £ | Mar £ |
|---|---|---|---|
| **SALES** | | | |
| Food | $ 81,000.00 | $ 102,600.00 | $ 99,000.00 |
| Beer | $ 2,700.00 | $ 3,420.00 | $ 3,300.00 |
| Liquor | $ 24,300.00 | $ 30,780.00 | $ 29,700.00 |
| Wine | $ 33,750.00 | $ 42,750.00 | $ 41,250.00 |
| **TOTAL SALES** | $ 135,000.00 | $ 171,000.00 | $ 165,000.00 |
| **COST OF SALES** | | | |
| Food | $ 17,010.00 | $ 21,546.00 | $ 20,790.00 |
| Beer | $ 540.00 | $ 684.00 | $ 660.00 |
| Liquor | $ 4,374.00 | $ 5,540.40 | $ 5,346.00 |
| Wine | $ 8,437.50 | $ 10,687.50 | $ 10,312.50 |
| **TOTAL COST OF SALES** | $ 30,361.50 | $ 38,457.90 | $ 37,108.50 |
| | $ - | $ - | $ - |
| **GROSS PROFIT** | $ 104,638.50 | $ 132,542.10 | $ 127,891.50 |
| **LABOR** | | | |
| Employee | $ 33,750.00 | $ 42,750.00 | $ 41,250.00 |
| Management | $ 6,750.00 | $ 8,550.00 | $ 8,250.00 |
| Payroll taxes | $ 2,778.30 | $ 3,519.18 | $ 3,395.70 |
| Workers Compensation Premium | $ 486.00 | $ 615.60 | $ 594.00 |
| **TOTAL LABOR** | $ 43,764.30 | $ 55,434.78 | $ 53,489.70 |
| **CONTROLLABLE EXPENSES** | | | |
| Operating Supplies/ Paper/ Cleaning | $ 100.00 | $ 100.00 | $ 100.00 |
| Small Wares | $ 150.00 | $ 100.00 | $ 100.00 |
| Office Supplies | $ 100.00 | $ 100.00 | $ 100.00 |
| Linens | $ 900.00 | $ 750.00 | $ 750.00 |
| Public Relations | $ 500.00 | $ 500.00 | $ 500.00 |
| Advertising/OpenTable | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Entertainment | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Repairs & Maintenance | $ 150.00 | $ 150.00 | $ 100.00 |
| Utilities | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Telephone | $ 200.00 | $ 280.00 | $ 280.00 |
| Credit Card Discount | $ 3,915.00 | $ 4,959.00 | $ 4,785.00 |
| Cash +/- | $ - | $ - | $ - |
| Bank Charges/ Fees | $ - | $ - | $ - |
| POS Fees | $ 50.00 | $ 50.00 | $ 50.00 |
| Facilities Maintenance | $ 150.00 | $ 150.00 | $ 100.00 |
| Licenses and Permits | $ 150.00 | $ 150.00 | $ 100.00 |
| Misc | $ - | $ - | $ - |
| **TOTAL CONTROLLABLE EXPENSES** | $ 14,865.00 | $ 15,789.00 | $ 15,465.00 |
| | | | |
| **TOTAL CONTROLLABLE INCOME** | $ 46,009.20 | $ 61,318.32 | $ 58,936.80 |
| Rent/ CAM Expense | $ 19,500.00 | $ 19,500.00 | $ 19,500.00 |
| Insurance | $ 2,000.00 | $ 2,000.00 | $ 1,453.33 |
| **RESTAURANT LEVEL EARNINGS** | $ 24,509.20 | $ 39,818.32 | $ 37,983.47 |
| Taxes | $ 8,775.00 | $ 11,115.00 | $ 10,725.00 |
| Owner/Operator Expenses | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 |
| Sales/Bookkeeper Fees | $ 3,375.00 | $ 4,275.00 | $ 4,125.00 |
| **NET EARNINGS** | $ 17,134.20 | $ 31,543.32 | $ 29,858.47 |

UNIT # : MILLS

| 2015 | Jan. | Feb | Mar |
|---|---:|---:|---:|
|  | $ | $ | $ |
| **SALES** | | | |
| Food | $ 13,000.00 | $ 14,950.00 | $ 11,050.00 |
| Beer | $ 600.00 | $ 690.00 | $ 510.00 |
| Liquor | $ - | $ - | $ - |
| Wine | $ 6,400.00 | $ 7,360.00 | $ 5,440.00 |
| **TOTAL SALES** | $ 20,000.00 | $ 23,000.00 | $ 17,000.00 |
| **COST OF SALES** | | | |
| Food | $ 3,250.00 | $ 3,737.50 | $ 2,762.50 |
| Beer | $ 120.00 | $ 138.00 | $ 102.00 |
| Liquor | $ - | $ - | $ - |
| Wine | $ 1,600.00 | $ 1,840.00 | $ 1,360.00 |
| **TOTAL COST OF SALES** | $ 4,970.00 | $ 5,715.50 | $ 4,224.50 |
| | | | |
| **GROSS PROFIT** | $ 15,030.00 | $ 17,284.50 | $ 12,775.50 |
| **LABOR** | | | |
| Employee | $ 5,000.00 | $ 5,750.00 | $ 4,250.00 |
| Management | $ 200.00 | $ 230.00 | $ 170.00 |
| Payroll taxes | $ 356.72 | $ 410.23 | $ 303.21 |
| Workers Compensation Premium | $ 62.40 | $ 29.30 | $ 21.66 |
| **TOTAL LABOR** | $ 5,619.12 | $ 6,419.53 | $ 4,744.87 |
| **CONTROLLABLE EXPENSES** | | | |
| Operating Supplies/ Paper/ Cleaning | $ 50.00 | $ 25.00 | $ 50.00 |
| Small Wares | $ 25.00 | $ 25.00 | $ 50.00 |
| Office Supplies | $ 25.00 | $ 25.00 | $ 50.00 |
| Linens | $ 250.00 | $ 250.00 | $ 250.00 |
| Public Relations | $ 50.00 | $ 50.00 | $ 50.00 |
| Advertising/OpenTable | $ 250.00 | $ 250.00 | $ 250.00 |
| Entertainment | $ - | $ - | $ - |
| Repairs & Maintenance | $ 50.00 | $ 50.00 | $ 50.00 |
| Utilities | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Telephone | $ 120.00 | $ 120.00 | $ 120.00 |
| Credit Card Discount | $ 580.00 | $ 667.00 | $ 493.00 |
| Cash +/- | $ - | $ - | $ - |
| Bank Charges/ Fees | $ - | $ - | $ - |
| POS Fees | $ 50.00 | $ 50.00 | $ 50.00 |
| Facilities Maintenance | $ 50.00 | $ - | $ 50.00 |
| Licenses and Permits | $ 150.00 | $ 150.00 | $ 150.00 |
| Misc | $ 150.00 | $ 250.00 | $ - |
| **TOTAL CONTROLLABLE EXPENSES** | $ 3,300.00 | $ 3,412.00 | $ 3,113.00 |
| | | | |
| **TOTAL CONTROLLABLE INCOME** | $ 6,110.88 | $ 7,452.97 | $ 4,917.63 |
| Rent/ CAM Expense | $ 2,900.00 | $ 2,800.00 | $ 2,800.00 |
| Insurance | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| **RESTAURANT LEVEL EARNINGS** | $ 2,210.88 | $ 3,652.97 | $ 1,117.63 |
| Taxes | $ 1,300.00 | $ 1,495.00 | $ 1,105.00 |
| Owner/Operator Expenses | $ 550.00 | $ 550.00 | $ 550.00 |
| Sales/Bookkeeper Fees | $ - | $ - | $ - |
| **NET EARNINGS** | $ 1,660.88 | $ 3,102.97 | $ 567.63 |

UNIT # : DIVAS
2015

| | Jan. $ | Feb $ | Mar $ |
|---|---:|---:|---:|
| **SALES** | | | |
| Food | $ 21,000.00 | $ 19,500.00 | $ 21,125.00 |
| Beer | $ 1,400.00 | $ 900.00 | $ 975.00 |
| Liquor | $ - | $ - | $ - |
| Wine | $ 5,600.00 | $ 9,600.00 | $ 10,400.00 |
| **TOTAL SALES** | $ 28,000.00 | $ 30,000.00 | $ 32,500.00 |
| **COST OF SALES** | | | |
| Food | $ 6,300.00 | $ 5,655.00 | $ 6,126.25 |
| Beer | $ 280.00 | $ 180.00 | $ 195.00 |
| Liquor | $ - | $ - | $ - |
| Wine | $ 1,400.00 | $ 2,400.00 | $ 2,600.00 |
| **TOTAL COST OF SALES** | $ 7,980.00 | $ 8,235.00 | $ 8,921.25 |
| | $ - | $ - | $ - |
| **GROSS PROFIT** | $ 20,020.00 | $ 21,765.00 | $ 23,578.75 |
| **LABOR** | | | |
| Employee | $ 5,880.00 | $ 6,300.00 | $ 6,825.00 |
| Management | $ 280.00 | $ 300.00 | $ 325.00 |
| Payroll taxes | $ 422.58 | $ 452.76 | $ 490.49 |
| Workers Compensation Premium | $ 73.92 | $ 32.34 | $ 35.04 |
| **TOTAL LABOR** | $ 6,656.50 | $ 7,085.10 | $ 7,675.53 |
| **CONTROLLABLE EXPENSES** | | | |
| Operating Supplies/ Paper/ Cleaning | $ 100.00 | $ 100.00 | $ 100.00 |
| Small Wares | $ 100.00 | $ 100.00 | $ 100.00 |
| Office Supplies | $ 70.00 | $ 75.00 | $ 50.00 |
| Linens | $ 100.00 | $ 200.00 | $ 200.00 |
| Public Relations | $ 50.00 | $ 50.00 | $ 50.00 |
| Advertising/OpenTable | $ 280.00 | $ 300.00 | $ 325.00 |
| Entertainment | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 |
| Repairs & Maintenance | $ 140.00 | $ 100.00 | $ 100.00 |
| Utilities | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Telephone | $ 120.00 | $ 120.00 | $ 120.00 |
| Credit Card Discount | $ 812.00 | $ 870.00 | $ 942.50 |
| Cash +/- | $ - | $ - | $ - |
| Bank Charges/ Fees | $ - | $ - | $ - |
| POS Fees | $ 50.00 | $ 50.00 | $ 50.00 |
| Facilities Maintenance | $ 50.00 | $ 100.00 | $ 100.00 |
| Licenses and Permits | $ 150.00 | $ 150.00 | $ 150.00 |
| Misc | $ - | $ - | $ - |
| **TOTAL CONTROLLABLE EXPENSES** | $ 8,322.00 | $ 8,515.00 | $ 8,587.50 |
| | | | |
| **TOTAL CONTROLLABLE INCOME** | $ 5,041.50 | $ 6,164.90 | $ 7,315.73 |
| Rent/ CAM Expense | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| Insurance | $ 1,000.00 | $ 1,453.33 | $ 1,453.33 |
| **RESTAURANT LEVEL EARNINGS** | $ 1,541.50 | $ 2,211.57 | $ 3,362.40 |
| Taxes | $ 1,820.00 | $ 1,950.00 | $ 2,112.50 |
| Owner/Operator Expenses | $ 1,550.00 | $ 1,550.00 | $ 1,550.00 |
| Sales/Bookkeeper Fees | $ 700.00 | $ 750.00 | $ 812.50 |
| **NET EARNINGS** | $ (708.50) | $ (88.43) | $ 999.90 |