UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 6:14-bk-13728-CCJ
                                                                Chapter 11
FUNKY MONKEY, INC.,

       Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

The Debtor, FUNKY MONKEY, INC. ("FMI"), through counsel and pursuant to Local Rule 2081-1, files its Chapter 11 Case Management Summary, and states as follows:

### Introduction

As discussed in more detail below, FMI, also known as the FMI Restaurant Group, owns and operates three iconic restaurants in Orlando, Florida:

 

**The Funky Monkey Bistro & Bar**
at Pointe Orlando on International Drive
(pictured above; Source: www.funkymonkeywine.com)

**The Funky Monkey Wine Company's Nick's Italian Kitchen**
912 Mills Avenue in Orlando

**Diva's Dinner Theatre**
f/k/a Mills Brewpub, f/k/a/ Bananas
924 Mills Avenue in Orlando

1

FMI continues to operate its restaurant locations, which locations are leased by FMI. This case was filed to address issues stemming from the Pointe Orlando lease and the lease at a location previously operated by FMI out of The Sanctuary in Downtown Orlando. FMI intends to fund this reorganization through its ongoing operations, with the bankruptcy case allowing FMI to recover from the cash flow shortage caused by construction at Pointe Orlando and reinvigorate the 924 Mills location by bringing back the renowned theatrical performances for which Bananas became known.

FMI filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on December 22, 2014 (the "Petition Date") (Doc. No. 1). Neither a trustee nor a committee has been appointed. FMI continues to operate its business as debtor-in-possession and has been authorized by this Court to do so. (Doc. Nos. 9 and 10). The following is FMI's Chapter 11 Case Management Summary.

**Description and Location of the Debtor's Business**

FMI is a Florida corporation incorporated in 2007 by its owners, Edward Nickell ("Eddie") and Nicholas Olivieri ("Nick"), which owns and operates three restaurant locations in Orlando, Florida.

<u>FM Pointe.</u> The first location is known as The Funky Monkey Bistro & Bar and is located at Pointe Orlando, 9101 International Drive, Orlando, FL 32819 ("FM Pointe"). FMI leases the FM Pointe location from Pointe Orlando Development/Brixmore Properties.

FM Pointe is a multi-award winning restaurant and Bistro, and provides up to 100 wines by the bottle, 40 wines by the glass, and a full Liquor Lounge. FM Pointe is known for its "stylish yet unconventional appeal." FM Pointe offers diners an eclectic, fusion style with Asian-American influenced menu offering delectable salads, unique appetizers, entrees ranging from

ostrich to hand-rolled sushi. FM Pointe is open for lunch Monday through Saturday and dinner seven days a week. Weekends are very popular with FM Pointe's famous "Vegas Style" shows featuring female elusion artists.

<u>FM Mills.</u> The second location is known as The Funky Monkey Wine Company's Nick's Italian Kitchen and is located a 912 North Mills Avenue, Orlando, FL 32803 ("FM Mills"). FMI leases the FM Mills location from FMI's owners, Nick and Eddie.

FM Mills is a relaxed neighborhood wine bar and eatery. This restaurant and wine bar is beautifully decorated with hard wood floors, tablecloths, and warm candlelight. FM Mills maintains a well-balanced list of wines from around the world that changes often, all served in beautiful glassware and offers diners an extensive menu that changes often, along with nightly specials. Events known as "Wine Dinners" are hosted by Nick and Eddie, and feature guest speakers. FM Mills is only open for dinner, and on occasion will open for group lunches and brunches.

<u>Divas.</u> The third location is now known as Divas Dinner Theatre and is located at 924 North Mills Avenue, Orlando, FL ("Divas"). FMI leases the Divas location from Mills Prop Investment.

Divas was previously known as Bananas: A Modern American Diner until 2014, when FMI gave Bananas a facelift to Mills Brewpub. Getting back to its roots, Mills Brewpub is being transformed in to Divas Dinner Theatre, which is slated to open in the first week of January 2015. Divas was created in the true spirit of big city "Dinner Theatre" with a beautiful wine and beer bar, a separate lounge area, beautiful dining room, and a unique stage for entertaining. The environment is stylish enough for a private executive lunch meeting, but casual enough for a late-night dinner. Divas is a dinner theatre with weekday entertainment including open mic night,

a Vegas Showcase, and other *La Cage aux Folles*-style shows with talented female illusionists. Divas revives the Gospel Brunch that put Bananas on the map and is in the prior location that locals love. The menu offers a la carte items like seafood, steak, pasta and desserts. Weekend shows allow guests to choose from a pre-fixed menu.

<u>Other Locations.</u> FMI previously operated two restaurants (The Prickly Pear and Nick's Italian Kitchen) at The Sanctuary in Downtown Orlando. The restaurants were shut down months before the Petition Date and the locations were subleased to another business operating a restaurant known as Mingos. A widely-publicized fraudulent scheme by Nik Patel resulted in the closure of Mingos and tying up the sublease in a receivership.

FMI also leased office space from The Orlando Center Inc., but vacated that space and returned possession to the lessor well in advance of the Petition Date.

## **Reasons for Filing Chapter 11**

In about mid-2014, the lessor of the FM Pointe location began construction in and around the Pointe Orlando development. Without notice to FMI, the lessor placed large construction walls all around the FM Pointe location, blocking its visibility and access from the public. The walls remained in place for months until shortly before the Petition Date. As a result of the reduced visibility and access to the FM Pointe location, which is arguably the flagship location of FMI, FMI experienced an unexpected decline in revenue at the FM Pointe location, resulting in an enterprise-wide shortage of cash flow.

In addition, the lease at The Sanctuary has become a financial burden for FMI without producing any income.

Expansion and changes at some of the locations also created cash flow issues.

4

**List of Officers, Directors, and Insiders**

Edward Nickell ("Eddie") and Nicholas Olivieri ("Nick") are the owners of FMI. Eddie is the President and 51% owner. Nick is the Vice President and 49% owner.

**Annual Gross Revenues**

In 2014, as of the Petition Date, FMI, across all restaurants, earned just under $1.3 million in gross revenues. FMI conservatively expects a slight increase in revenues during 2015 as a result of the reorganization process.

**Amounts Owed to Various Classes of Creditors**

(1)    Priority Creditors. At this time, FMI owes certain tax obligations to the Florida Department of Revenue for sales and use tax for approximately $50,000. FMI owes the Internal Revenue Service for certain tax obligations related to payroll taxes. The IRS estimates that FMI owes $300,000, but FMI estimates that its actual obligation to the IRS is approximately $12,000.

(2)    Secured creditors and their Respective Collateral.  At this time, FMI believes that no creditor holds a secured claim in this case. Certain creditors have UCC-1 financing statements on file with the Florida Secured Transaction Registry, but FMI believes that any obligations previously secured by those financing statements were satisfied before the Petition Date.

(3)    Unsecured Claims.  Without considering any lease rejection damages, FMI estimates that there are approximately $448,000 in unsecured claims.

**Approximate Value of Debtor's Assets**

FMI owns no real property, and its personal property is of relatively little value, estimated at a little under $50,000. FMI's value comes from its continued operations and cash flow from which it can pay its creditors.

### **Employees, Wages, and Payroll Taxes**

FMI employs about 40 full-time and part-time employees. All but one employee is paid on an hourly basis. The office manager is paid on a salaried basis. Each pay period begins on Monday and ends on Sunday, with payment for that pay period being made on the Monday the week after the pay period closes. As of the Petition Date, FMI owed a little under $5,000 in pre-petition wages. The Court has already approved payment of those pre-petition wages.

### **Anticipated Emergency Relief**

FMI already filed, and the Court already granted, three emergency motions: (1) Motion to Use Cash Collateral; (2) Motion to Pay Pre-Petition Wages; and (3) Motion to Set Officers' Salaries. The Motion to Use Cash Collateral and the Motion to Set Officers' were granted on an interim basis, with a continued hearing set for January 22, 2015 at 2:00pm.

Other motions expected to be filed shortly include a Motion to Set Adequate Assurance for Utilities and a Motion to Extend Time to Pay Lease Obligations.

/
/
/
/
/
/
/
/
/

[*concludes on following page*]

**Chapter 11 Objectives**

Through this chapter 11 reorganization, FMI intends to adjust and pay its past due obligations that resulted from the cash flow shortage caused by the Pointe Orlando construction. It also intends to reorganize its lease obligations by adjusting the arrears where possible and otherwise bringing the obligations current. FMI expects the first quarter of 2015 to show drastic improvements in cash flow as a result of historically higher revenues during those months and controlled expenses. The improved cash flow and rebalancing of expenditures is expected to result in a successful reorganization.

DATED December 31, 2014.            Respectfully Submitted,

*/s/ C. Andrew Roy*
C. ANDREW ROY
Florida Bar No. 91629
email: aroy@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
390 North Orange Avenue, Suite 1500
Post Office Box 1391
Orlando, Florida 32802-1391
Attorneys for Debtor
Telephone: (407) 423-4246
Fax: (407) 423-7014
Attorneys for FMI

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 31, 2014, a true copy of the foregoing has been sent to parties receiving notice by CM/ECF and via US Mail to*:*

Funky Monkey Inc., 912 North Mills Ave., Orlando, FL 32803-3230
Twenty (20) largest unsecured creditors listed on the Matrix attached hereto

*/s/ C. Andrew Roy*
C. ANDREW ROY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-13728-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Dec 31 11:20:48 EST 2014 | ASCAP<br>21678 Network Pl<br>Chicago IL 60673-1216 | Arvon Funding LLC<br>Gordon Food Service<br>PO Box 172727<br>Tampa FL 33672-0727 |
| Averett Warmus Durkee Osburn<br>1417 E Concord Street<br>Orlando FL 32803-5409 | Brixmor Property Group, Inc.<br>c/o David L. Pollack, Esquire<br>Ballard Spahr LLP<br>1735 Market Street - 51st Floor<br>Philadelphia, PA 19103-7599 | Brixmore Properties<br>Shumaker Law<br>101 E Kennedy Blvd<br>Suite 2800<br>Tampa FL 33602-5153 |
| FHM Insurance Company<br>PO Box 616648<br>Orlando FL 32861-6648 | Florida Department of Rev<br>5050 W. Tennessee St<br>Tallahassee FL 32399-0100 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| GBR Funding<br>665 Molly Lane<br>Suite 130<br>Woodstock GA 30189-3702 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Lowndes Drosdick Doster<br>Kantor and Reed PA<br>PO Box 2809<br>Orlando FL 32802-2809 |
| Nexeo Solutions<br>3 Waterway Square Pl<br>Woodlands TX 77380-3487 | OUC<br>PO Box 31329<br>Tampa FL 33631-3329 | Ocean Fresh<br>3332 Hadleigh Crest<br>Orlando FL 32817-2051 |
| Pointe Orlando Development<br>c/o New Plan Excel Realty<br>420 Lexington Ave<br>7th Floor<br>New York NY 10170-0799 | Republic National<br>4901 Savarese Cr N<br>Tampa FL 33634-2413 | Sysco<br>200 W Story Road<br>Ocoee FL 34761-3004 |
| The Orlando Center Inc.<br>946 N Mills Ave<br>Orlando FL 32803-3230 | Waste Management<br>2625 W Grandview Road<br>Suite 150<br>Phoenix AZ 85023-3109 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                   19 |