**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Funky Monkey Inc.                               Case No. 6:14-bk-13728-CCJ

Debtor(s)_____/

**FLORIDA DEPARTMENT OF REVENUE'S**
**OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN**

COMES NOW the Florida Department of Revenue, by and through counsel, and, hereby Objects to Confirmation of Debtors' Chapter 11 Plan, and in support thereof states as follows:

1. The State of Florida, Department of Revenue's, timely filed Claims No. 15 and 16. Claim No. 15 is for Reemployment Tax due in the Priority Amount of $1,468.03 and an unsecured penalty amount due in the amount of $150.00.

2. Claim No. 16 was timely filed, on or about February 9, 2015, in the Priority, Secured, Tax Amount of: $153,337.69, the Priority, Unsecured, Tax Amount of: $15,920.31 and an Unsecured Penalty Amount of: $1,916.10.

3. The majority of Florida, Department of Revenue's, timely filed Claim No.16 is for Sales and Use tax collected by the Debtor, from its customers, but not remitted to the Florida Department of Revenue. As such it is entitled to treatment under 11 U.S.C.

Section 1129 (a)(9)(c) and (D) as an 11U.S.C. 507 § (a) (8) (C) priority claim.

4. The Debtors' Chapter 11 Plan ignores the Section 1129 (a)(9)(c)(D) Secured Priority Tax Claim of Florida Department of Revenue which is also entitled to be treated as a 507 (a) (8) (c) Priority Tax Claim even though it is also listed as a secured claim.

5. $156,418.06 in Sales Tax was collected from the taxpayers of the State of Florida. As such the funds are considered Trust Funds which belong to the State of Florida, but were not remitted to the State, by the Debtor. The tax is due with Interest and Statutory Administrative Fees in the total Priority Amount of $169,258.00, which accrues interest at the rate of 4.45% per annum. This amount must be paid in full no later than 5 years after the date of the Debtor/taxpayer's Bankruptcy filing date of: December 22, 2014, or by, on or before December 21, 2019.

6. The State of Florida, Department of Revenue, for the forgoing reasons and namely that it's claim for misappropriated tax funds, is not being paid in full, in the Debtor's Plan, make the Debtor's Plan objectionable, unfeasible, and one that should be converted to a case under Chapter 7 without further delay.

WHEREFORE the State of Florida, Department of Revenue, Respectfully requests

that this Court denying confirmation and grant such other and further relief as the Court deems just and proper.

### Certificate Of Service

I HEREBY CERTIFY that service of the foregoing Objection to Confirmation has been made on the following by U.S. Mail, first class postage prepaid, on this 3rd day of December, 2015.

**Debtor**
Funky Monkey Inc.
912 North Mills Ave
Orlando, FL 32803-3230

**Debtor's Counsel**
Bradley M Saxton, Esq.
Post Office Box 1391
Orlando, FL 32802

C. Andrew Roy, Esq.
Post Office Box 1391
Orlando, FL 32802

**United States Trustee - ORL**
Represented by: Elena L Escamilla
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

/s/Gordon L. Kiester, Esq.
Gordon L. Kiester, Esquire
Florida Bar No. 0724483
Assistant General Counsel
    Frederick F. Rudzik
    Fla Bar No.:0749052
    Assistant General Counsel
Florida Department of Revenue
Post Office Box 2299
Mango, Florida  33550-2299

Telephone: (813) 744-8266
Fax: (813) 664-4030
Email:  kiesterd@dor.state.fl.us
Email: rudzikf@dor.state.fl.us