

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/10/2015 02:45 PM

COURTROOM 6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:14-bk-13728-CCJ** | 11 | **12/22/2014** |

**Chapter 11**

**DEBTOR:**   Funky Monkey Inc.

**DEBTOR ATTY:**   Jeffrey Ainsworth

**TRUSTEE:**   NA

**HEARING:**

1) CONFIRMATION HEARING
Disclosure Statement (Doc #128)
Chapter 11 Plan of Reorganization (Doc #129)
Objection by Sysco Central Florida to Confirmation of Plan (Doc #144)
Objection by Dept of Revenue, State of Florida to Confirmation of Chapter 11 Plan of Reorganization (Doc #150)
Objection to Confirmation of Chapter 11 Plan (Doc #151)
Objection to Confirmation of Plan and Final Approval of Debtor's Disclosure Statement (Doc #152)
Confirmation Affidavit of Nicholas Olivieri, Vice President, on Behalf of Debtor, Funky Monkey, Inc (Doc #154)
Ballot Tabulation for Confirmation Hearing on Dec. 10, 2015 (Doc #155)
2) Objection by Debtor to Claim No. 9 of the IRS (Doc #116)
Response by IRS to Debtor's Objection to Claim No. 9 (Doc #126)
3) Application for Payment of Administrative Expenses Amount Requested: $23,330.26 Filed by Brian A McDowell on behalf of Creditor Pointe Orlando Development Company (Doc #140)
4) Motion by Debtor to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Adv. P. No. 6:15-ap-00052-CCJ and All Other Disputes between Debtor and Pointe Orlando Development Company.(Doc #146)
Objection to Motion to approve settlement (Doc #153)
5) Objection by Debtor to Claim #16 of State of Florida Dept of Revenue (Doc #157)
Matters to be set:
Pending Final Application for Compensation for Averett Warmus Durkee, Accountant, Fee: $10012.00, Expenses: $0.00. For the period: May 20, 2015 through July 29, 2015 (Doc #141) Filed 11/19/15
Pending Final Application for Compensation for Winderweedle Haines Ward & Woodman PA, Debtor's Attorney, Fee: $99,432.60, Expenses: $3,805.50. For the period: December 22, 2014 through October 31,

2015 (Doc #142) Filed 11/19/15

**APPEARANCES:**:
Andrew Roy: D'or Atty
David Pollick:
Gordon Kiester: FL Dept Rev Atty
Jully Posteraro: IRS Atty
Jeff Ainsworth: Funky Monkey Inc Atty
Ray Rotella: Sysco Atty
Elena Escamilla: UST Atty

**EVIDENCE:**
D'or Exhibit 1 & 2 Admitted

**RULING:**
1) CONFIRMATION HEARING - Disclosure Statement   (Doc #128) -   Chapter 11 Plan of Reorganization   (Doc #129) - Continued to trial on 3/15/2016 at 2:00pm (**CM TO NOTICE**)

2) Objection by Debtor to Claim No. 9 of the IRS   (Doc #116) - Continued to 3/15/16 at 2:00pm (**CM TO NOTICE**)

3) Application for Payment of Administrative Expenses Amount Requested: $23,330.26 Filed by Brian A McDowell on behalf of Creditor Pointe Orlando Development Company   (Doc #140) - Continued to 3/15/16 at 2:00pm (**CM TO NOTICE**);

4) Motion by Debtor to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Adv. P. No. 6:15-ap-00052-CCJ and All Other Disputes between Debtor and Pointe Orlando Development Company. (Doc #146) - Approved: Order by Roy;

5) Objection by Debtor to Claim #16 of State of Florida Dept of Revenue   (Doc #157) - Continued to 3/15/16 at 2:00pm (**CM TO NOTICE**).


Matters to be set:

Pending Final Application for Compensation for Averett Warmus Durkee, Accountant, Fee: $10012.00, Expenses: $0.00. For the period: May 20, 2015 through July 29, 2015 (Doc #141) Filed 11/19/15

Pending Final Application for Compensation for Winderweedle Haines Ward & Woodman PA, Debtor's Attorney, Fee: $99,432.60, Expenses: $3,805.50. For the period: December 22, 2014 through October 31, 2015 (Doc #142) Filed 11/19/15
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.